Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 87714150
### Filing Date: 12/08/2017

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87714150 |
| MARK INFORMATION | |
| *MARK | TherapyNotes |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TherapyNotes |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | TherapyNotes, LLC |
| *STREET | 630 Dresher Road |
| *CITY | Horsham |
| *STATE (Required for U.S. applicants) | Pennsylvania |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 19044 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Pennsylvania |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing on-line and in person educational services featuring information for clinicians, medical practitioners and patients including blogs, publications, articles,directories, podcasts and newsletters |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/08/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/08/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\877\141\87714150\xml1\ RFA0003.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | Web blog home page with the proposed trademark used in the section title on the web page and elsewhere on the web page |
| **INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Providing temporary use of online Software as A Service, non-downloadable resources and software for medical professionals including the areas of billing, patent management and practice management |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/08/2010 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/08/2010 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\877\141\87714150\xml1\ RFA0004.JPG |
| **SPECIMEN DESCRIPTION** | Web home page with the proposed trademark in various places on the web page |
| **ATTORNEY INFORMATION** | |
| NAME | Richard E. Trachtenberg |
| FIRM NAME | Richard E. Trachtenberg, Esq |
| STREET | 30 Argyle Place |
| CITY | Smithtown |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11787 |
| EMAIL ADDRESS | TrachtenbergEsq@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Richard E. Trachtenberg |
| FIRM NAME | Richard E. Trachtenberg, Esq |
| STREET | 30 Argyle Place |
| CITY | Smithtown |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11787 |
| *EMAIL ADDRESS | TrachtenbergEsq@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 2 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 550 |
| *TOTAL FEE PAID | 550 |

| SIGNATURE INFORMATION | |
|---|---|
| **SIGNATURE** | /ret/ |
| **SIGNATORY'S NAME** | Richard E. Trachtenberg |
| **SIGNATORY'S POSITION** | Attorney of Record, New York bar member |
| **DATE SIGNED** | 12/08/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87714150**
**Filing Date: 12/08/2017**

### To the Commissioner for Trademarks:

**MARK:** TherapyNotes (Standard Characters, see mark)
The literal element of the mark consists of TherapyNotes.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, TherapyNotes, LLC, a limited liability company legally organized under the laws of Pennsylvania, having an address of
    630 Dresher Road
    Horsham, Pennsylvania 19044
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 041:  Providing on-line and in person educational services featuring information for clinicians, medical practitioners and patients including blogs, publications, articles,directories, podcasts and newsletters

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/08/2010, and first used in commerce at least as early as 02/08/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Web blog home page with the proposed trademark used in the section title on the web page and elsewhere on the web page.
Specimen File1

    International Class 042:  Providing temporary use of online Software as A Service, non-downloadable resources and software for medical professionals including the areas of billing, patent management and practice management

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/08/2010, and first used in commerce at least as early as 02/08/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Web home page with the proposed trademark in various places on the web page.
Specimen File1


The applicant's current Attorney Information:
    Richard E. Trachtenberg of Richard E. Trachtenberg, Esq    30 Argyle Place
    Smithtown, New York 11787
    United States
    TrachtenbergEsq@gmail.com (authorized)

The applicant's current Correspondence Information:
    Richard E. Trachtenberg
    Richard E. Trachtenberg, Esq
    30 Argyle Place
    Smithtown, New York 11787
    TrachtenbergEsq@gmail.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to

submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /ret/   Date: 12/08/2017
Signatory's Name: Richard E. Trachtenberg
Signatory's Position: Attorney of Record, New York bar member
Payment Sale Number: 87714150
Payment Accounting Date: 12/11/2017

Serial Number: 87714150
Internet Transmission Date: Fri Dec 08 18:23:58 EST 2017
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2017120818235875
8772-87714150-5102c7d1dc45534e5a26540fa6
38a3070e8d013b322e96cd2a1463bb2431d4cc28
0-CC-5016-20171208182133032529

# TherapyNotes



