Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87714143**
**Filing Date: 12/08/2017**

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 87714143 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT17\IMAGEOUT 17\877\141\87714143\xml1\ RFA0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | Therapy Notes |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of The words "Therapy Notes" on the top portion of a clipboard with a cursor arrow covering the bottom left and left side of the clipboard. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 820 x 940 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | TherapyNotes, LLC |
| ***STREET** | 630 Dresher Road |
| ***CITY** | Horsham |
| ***STATE** (Required for U.S. applicants) | Pennsylvania |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 19044 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Pennsylvania |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 042 |
| ***IDENTIFICATION** | Providing temporary use of online Software As A Service, nondownloadable resources and software for medical professionals including the areas of billing, patient management and practice management." |
| **FILING BASIS** | SECTION 1(a) |

| | |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 02/08/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/08/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\877\141\87714143\xml1\ RFA0003.JPG |
| SPECIMEN DESCRIPTION | Web home page with proposed trademark in the top left and on the screen of the image of the laptop |
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Providing online and in-person educational services featuring information for clinicians, medical practitioners and and patients including blogs,publications, articles, directories, podcasts and newsletters |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/08/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/08/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\877\141\87714143\xml1\ RFA0004.JPG |
| SPECIMEN DESCRIPTION | Web blog home page with the proposed trademark in the top left of the screen |
| **ATTORNEY INFORMATION** | |
| NAME | Richard E. Trachtenberg |
| FIRM NAME | Richard E. Trachtenberg, Esq. |
| STREET | 30 Argyle Place |
| CITY | Smithtown |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11787 |
| EMAIL ADDRESS | TrachtenbergEsq@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Richard E. Trachtenberg |
| FIRM NAME | Richard E. Trachtenberg, Esq. |
| STREET | 30 Argyle Place |
| CITY | Smithtown |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 11787 |
| *EMAIL ADDRESS | TrachtenbergEsq@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |

| | |
|---|---|
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| *****TOTAL FEE DUE** | 550 |
| *****TOTAL FEE PAID** | 550 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /ret/ |
| **SIGNATORY'S NAME** | Richard E. Trachtenberg |
| **SIGNATORY'S POSITION** | Attorney of Record, New York bar member |
| **DATE SIGNED** | 12/08/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87714143**
**Filing Date: 12/08/2017**

## To the Commissioner for Trademarks:

**MARK:** Therapy Notes (stylized and/or with design, see mark)

The literal element of the mark consists of Therapy Notes.
The applicant is not claiming color as a feature of the mark. The mark consists of The words "Therapy Notes" on the top portion of a clipboard with a cursor arrow covering the bottom left and left side of the clipboard.
The applicant, TherapyNotes, LLC, a limited liability company legally organized under the laws of Pennsylvania, having an address of

630 Dresher Road
Horsham, Pennsylvania 19044
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042:  Providing temporary use of online Software As A Service, nondownloadable resources and software for medical professionals including the areas of billing, patient management and practice management."

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/08/2010, and first used in commerce at least as early as 02/08/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Web home page with proposed trademark in the top left and on the screen of the image of the laptop.
Specimen File1

International Class 041:  Providing online and in-person educational services featuring information for clinicians, medical practitioners and and patients including blogs,publications, articles, directories, podcasts and newsletters

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/08/2010, and first used in commerce at least as early as 02/08/2010, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Web blog home page with the proposed trademark in the top left of the screen.
Specimen File1

The applicant's current Attorney Information:
Richard E. Trachtenberg of Richard E. Trachtenberg, Esq.      30 Argyle Place
Smithtown, New York 11787
United States
TrachtenbergEsq@gmail.com (authorized)

The applicant's current Correspondence Information:
Richard E. Trachtenberg

Richard E. Trachtenberg, Esq.

30 Argyle Place

Smithtown, New York 11787

TrachtenbergEsq@gmail.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address

must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

### Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /ret/   Date: 12/08/2017
Signatory's Name: Richard E. Trachtenberg
Signatory's Position: Attorney of Record, New York bar member
Payment Sale Number: 87714143
Payment Accounting Date: 12/11/2017

Serial Number: 87714143
Internet Transmission Date: Fri Dec 08 18:19:21 EST 2017
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2017120818192147
9744-87714143-5104e71d3cec9c6947ec43ed54
d5064b65fccee7dba4adc28866f5ddd7fda5a92-
CC-4967-20171208181229534072







## TherapyNotes Blog

Bringing you TherapyNotes company news, software updates, and helpful blog posts on practice management, behavioral health, and more.

### What Mental Health Providers Can Expect From the Quality Payment Program
BY THERAPYNOTES, LLC ON NOVEMBER 29, 2017

The Centers for Medicare and Medicaid Services (CMS) has established incentive programs to encourage Medicare providers to go above and beyond to provide quality care. In 2006, CMS introduced the Physician Quality Reporting System (PQRS) to allow providers to report on the quality of care provided to Medicare beneficiaries. Under PQRS, those who did not meet established reporting requirements were subject to a negative payment adjustment to encourage data reporting.

Enjoy the full post ›

### TherapyNotes™ 4.30: $0 Service Code Rates and Updated Password Reset
BY THERAPYNOTES, LLC ON NOVEMBER 27, 2017

Find out what's new ›

### 5 Ways to Boost the Security of Your EMR
BY THERAPYNOTES, LLC ON NOVEMBER 22, 2017

Electronic Medical Record (EMR) providers take extraordinary security measures to protect your data that are outside of the capabilities of the average person. Heavily secured data centers, full database encryption, powerful firewalls, and activity logs help to protect your electronic records from breaches and suspicious activity. Plus, automatic onsite and offsite backups ensure that your data is always secure and accessible, even in the event of natural catastrophe.

Enjoy the full post ›

Contact Us